USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KATHLEEN SYPERT, on behalf of herself and all :
others similarly situated, :
: 
          Plaintiff, :  18-cv-4173 (VEC)
:
   -against- :  ORDER
:
CP ADVANCED IMAGING, PLLC, :
:
          Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on June 14, 2018 (Dkt. 10), the parties notified the Court that they reached a settlement in principle; and

  WHEREAS on August 1, 2018 (Dkt. 11), the Court ordered that this action would be dismissed unless one or more parties filed a letter by August 24, 2018 requesting that the action not be dismissed; and

  WHEREAS no party has filed a letter requesting that this action not be dismissed;

  IT IS HEREBY ORDERED THAT this case is DISMISSED.  The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: October 25, 2018         _____
   New York, New York        **VALERIE CAPRONI**
                   **United States District Judge**